

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00108-CV

**LOWER COLORADO RIVER AUTHORITY**,
Appellant

v.

**CITY OF BOERNE**, Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 12-502
Honorable Bill R. Palmer, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. It is ORDERED that costs of appeal are assessed against the appellant Lower Colorado River Authority.

SIGNED January 8, 2014.

_____
Rebeca C. Martinez, Justice